# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DALE GORDON FARRELL,<br><br>                    Petitioner,<br>    v.<br><br>DAVID FLYNN,<br><br>                    Respondent. | CASE NO. 19-5210 RJB-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Theresa L. Fricke. Dkt. 11. The Court has considered the Report and Recommendation, objections, if any, and the remaining record.

The Report and Recommendation recommends dismissing this 28 U.S.C. § 2254 petition as time barred and procedurally barred. Dkt. 11. It also recommends denying the certificate of appealability. *Id.*

The Report and Recommendation (Dkt. 11) should be adopted. The Petitioner's petition is time barred under 28 U.S.C. § 2244 and is procedurally barred because the Petitioner did not

appeal any of the state court rulings to the Washington State Supreme Court. The certificate of appealability should be denied.

It is **ORDERED** that:

(1) The Report and Recommendation (Dkt. 11) **IS ADOPTED**;

(2) The Petition **IS DISMISSED**; and

(3) The Certificate of Appealability **IS DENIED**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Fricke, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of July, 2019.

ROBERT J. BRYAN
United States District Judge